1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 5634
3
   KARISSA D. NEFF
4  Assistant United States Attorney
   Nevada Bar No. 9133
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   Karissa.Neff@usdoj.gov
7  *Attorneys for Federal Defendants
   Tibbits and Angotti*

8

9              **UNITED STATES DISTRICT COURT**
10                    **DISTRICT OF NEVADA**

11 | BRANDON KOTANIEMI, individually and
12 | as special co-administrator of the Estate of
   | MARSHA KOTANIEMI; STEVEN                     Case No. 25-cv-00540
13 | KOTANIEMI, individually and as special co-
   | administrator of the Estate of MARSHA        **Notice of Removal**
14 | KOTANIEMI,
15 |                      Plaintiff,
16 | vs.
17 |
18 | BRIAN C. WARD, MD, an individual in his
   | official capacity; STEPHANIE MARTINEZ,
19 | MD, an individual in her official capacity;
   | EMILY TIBBITS, MD, an individual; LISA
20 | ANGOTTI, MD an individual; STATE OF
   | NEVADA ex rel THE BOARD OF
21 | REGENTS OF THE NEVADA SYSTEM
   | OF HIGHER EDUCATION ex rel THE
22 | UNIVERSITY OF NEVADA, LAS VEGAS,
   | a political subdivision; DOE INDIVIDUALS
23 | I-X, inclusive; and ROE CORPORATIONS
   | I-X, inclusive,
24 |
25 |                      Defendants.

26
27         Pursuant to 28 U.S.C. §§ 1442(a), 1446, and 2679(d)(2), the United States of America,
28 for itself and on behalf of defendants Emily Tibbits, MD, an individual, and Lisa Angotti,

MD, an individual, (collectively "Federal Defendants") file this Notice of Removal of the above-captioned action to the United States District Court for the District of Nevada. The grounds for removal are set forth below.

On or about February 4, 2025, Plaintiffs commenced this action in the Eighth Judicial District Court, Clark County, Nevada as Case No. A-25-911713-C, alleging medical malpractice against the named defendants, including Federal Defendants. Federal Defendants are members of the Air Force who were acting within the scope of federal employment pursuant to 28 U.S.C. § 2679 at the time of the events alleged in the complaint.

Federal district courts have exclusive jurisdiction for tort claims arising under the Federal Tort Claims Act from the negligent or wrongful acts or omissions of federal employees acting within the scope of their employment or office. *See* 28 U.S.C. § 1346(b)(1).

This action is being removed to the United States District Court pursuant to 28 U.S.C. § 1442(a)(1), (3), which provides, in pertinent part:

> (a) A civil action or criminal prosecution commenced in a State court and that is against any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue.
> (3) Any officer of the courts of the United States, for or relating to any act under color of office or in the performance of his duties.

Section 1442(a)(1) provides for a "broad" grant of removal jurisdiction; it is not given a "narrow, grudging interpretation." *Nationwide Investors v. Miller*, 793 F.2d 1044, 1046 (9th Cir. 1986) (citing *Willingham v. Morgan*, 395 U.S. 402, 407 (1969)). Under Section 1442(a)(1), federal court jurisdiction need not even be apparent from the face of the complaint. *See Jefferson County v. Acker*, 527 U.S. 423 (1999); *Mesa v. California*, 489 U.S. 121 (1989). The long-standing purpose of this removal statute is to ensure a federal forum in any case where a federal official is entitled to raise a defense arising out of his official duties.

*Swett v. Schenk*, 792 F.2d 1447, 1450 (9th Cir. 1986) (quoting *Arizona v. Manypenny*, 451 U.S. 232, 241 (1981)).

Plaintiffs have commenced this action "against" Federal Defendants, employees of the United States of the United States within the meaning of 28 U.S.C. § 1442(a)(1),(3).[1]

Attached hereto as Exhibits A and B, are copies of the complaint and the docket sheet showing other filings thus far in the state court. These removing Federal Defendants have defenses and immunities that they are entitled to raise in a federal forum.

Plaintiffs have not effected service of process on these removing federal employees in accordance with applicable rules. *See* Nev. R. Civ. P. 4.3(a)(5) ("Service upon the United States and its agencies, corporations, officers, or employees may be made as provided by Rule 4 of the Federal Rules of Civil Procedure."); Fed. R. Civ. P. 4(i)(1), (2), (3) (requirements for service on United States and its employees/officials); Fed. R. Civ. P. 12(a)(2), (3) (each federal defendant's response to a complaint is due 60 days after service on the U.S. Attorney of process directed to each such defendant). These removing federal employees do not, through this removal, waive any defenses including without limitation lack of service of process.

WHEREFORE, these removing Federal Defendants give notice that the above-captioned action has been removed from the Eighth Judicial District Court, Clark County, Nevada to the United States District Court for the District of Nevada.

Respectfully submitted this 24th day of March 2025.

SUE FAHAMI
Acting United States Attorney

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

---

[1] Plaintiffs have named as defendants officers and/or employees of the United States who have not been served with process and/or they have pending with the Department of Justice requests for representation.

**Certificate of Service**

I, Cortney Bivens, hereby certify that on March 24, 2025, I electronically filed and served the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via US Mail to the address below.

<u>US Mail</u>
Tom W. Stewart
c/o The Powell Law Firm
8918 Spanish Ridge Avenue, Ste 100
Las Vegas, NV 89148
tom@tplf.com

*Attorneys for Plaintiffs*

*/s/ Cortney Bivens*
Paralegal
