# Exhibit B

District Court Clark County, Nevada

Docket Case No. A-25-911713-C

## Case Information

A-25-911713-C | Brandon Kotaniemi, Plaintiff(s) vs. Brian Ward, M.D., Defendant(s)

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| A-25-911713-C | Department 18 | Holthus, Mary Kay |
| **File Date** | **Case Type** | **Case Status** |
| 02/04/2025 | Malpractice - Medical/Dental | Open |

## Party

**Plaintiff**
Kotaniemi, Brandon

Active Attorneys ▼
Lead Attorney
Powell, Paul D.
Retained

Attorney
Stewart, Thomas W,
Retained

Attorney
Turner, Traysen N.
Retained

**Plaintiff**
Estate of Marsha Kotaniemi

Active Attorneys ▼
Lead Attorney
Powell, Paul D.
Retained

Defendant
Ward, Brian C., M.D.

Defendant
Martinez, Stephanie, M.D.

Defendant
Tibbits, Emily, M.D.

Defendant
Angotti, Lisa, M.D.

Defendant
UNLV

## Events and Hearings

02/04/2025 Complaint With Jury Demand ▼

Complaint - COMP (CIV)

Comment
[1] Complaint with Demand for Jury Trial

02/04/2025 Summons Electronically Issued - Service Pending ▼

Comment
[2] Summons Brian C. Ward, MD

02/04/2025 Summons Electronically Issued - Service Pending ▼

Comment
[3] Summons Stephanie Martinez, MD

02/04/2025 Summons Electronically Issued - Service Pending ▼

Comment
[4] Summons Emily Tibbits, MD

02/04/2025 Summons Electronically Issued - Service Pending ▼

Comment
[5] Summons Lisa Angotti, MD

02/04/2025 Summons Electronically Issued - Service Pending ▼

Comment
[6] Summons UNLV

## Financial

Kotaniemi, Brandon

| | | |
|---|---|---:|
| Total Financial Assessment | | $300.00 |
| Total Payments and Credits | | $300.00 |

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 2/7/2025 | Transaction Assessment | | | $300.00 |
| 2/7/2025 | Efile Payment | Receipt # 2025-10152-CCCLK | Kotaniemi, Brandon | ($300.00) |

## Documents

Details

Complaint - COMP (CIV)