SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brandon Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi; Steven Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi,<br><br>       Plaintiffs,<br><br>v.<br><br>Brian C. Ward, MD, an individual in his official capacity; Stephanie Martinez, MD, an individual in her official capacity; Emily Tibbits, MD, an individual; Lisa Angotti, MD an individual; State of Nevada ex rel The Board of Regents of the Nevada System of Higher Education ex rel the University of Nevada, Las Vegas, a political subdivision; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>       Defendants. | Case No. 2:25-cv-00540-APG-MDC<br><br>**United States' Statement Regarding Removal** |

In accordance with the court's order (ECF No. 3), the United States submits this statement regarding removal.

    **1.**    **The date on which you were served with a copy of the complaint.**

As of the date of this filing, the United States has not been properly served in this action in accordance with the Federal Rules of Civil Procedure. In addition, the United States has not been properly served a copy of the complaint.

**2.     The date on which you were served with a copy of the summons.**

As of the date of this filing, the United States has not been properly served in this action in accordance with the Federal Rules of Civil Procedure. In addition, the United States has not been properly served a copy of the summons.

**3.     In removals based on diversity of citizenship, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy.**

Not applicable. The United States did not remove this case based on diversity jurisdiction.

**4.     If the notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

Not applicable.

**5.     In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than a year before the date of removal, the reasons this action should not summarily be remanded to the state court.**

Plaintiff commenced the state court case on February 4, 2025, less than one year before the date of removal.

**6.     The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.**

The United States is not aware of any defendant known to have been properly served in accordance with the Federal Rules of Civil Procedure before the United States filed its notice of removal.

///

///

///

///

2

1  Finally, the court's order (ECF No. 3) instructs the removing party to serve a copy of
2  the order on all other parties to the case. In accordance with that order, a copy of order is
3  attached as an exhibit to this filing.
4  Dated: April 9, 2025

SIGAL CHATTAH
United States Attorney

 /s/ Karissa D. Neff
KARISSA D. NEFF
Assistant United States Attorney

## Certificate of Service

I certify that on April 9, 2025, I electronically filed the foregoing Statement Regarding Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via electronic mail and US Mail to the addresses listed below.

**U.S. Mail:**

Tom W. Stewart
c/o The Powell Law Firm
8918 Spanish Ridge Avenue, Ste 100
Las Vegas, NV 89148
tom@tplf.com
*Attorney for Plaintiffs*

Marjorie E. Kratsas
c/o Wood Smith Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128
*Attorney for Defendants –*
Brian Ward, MD; Stephanie Martinez, MD; State of Nevada ex rel. The Board of Regents of the Nevada System of Higher Education ex rel. The University of Nevada, Las Vegas

　　　　　　　　　　　　　　　 /s/ Karissa D. Neff
　　　　　　　　　　　　　　　KARISSA D. NEFF
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　United States Attorney's Office