SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi; Steven Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi,<br><br>Plaintiffs,<br><br>v.<br><br>Brian C. Ward, MD, an individual in his official capacity; Stephanie Martinez, MD, an individual in her official capacity; Emily Tibbits, MD, an individual; Lisa Angotti, MD an individual; State of Nevada ex rel The Board of Regents of the Nevada System of Higher Education ex rel the University of Nevada, Las Vegas, a political subdivision; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00540-APG-MDC<br><br>**Stipulation and Order for Extension of Time to Respond to Complaint**<br><br>**(SECOND REQUEST)** |

Plaintiffs Brandon Kotaniemi and Steven Kotaniemi, through counsel and the United States of America, on behalf of federal defendants, Emily Tibbits, MD and Lisa Angotti, MD ("United States" and/or "Federal Defendant"), hereby stipulate and agree as follows:

1. Plaintiffs filed their complaint in the Eighth Judicial District Court Clark County, Nevada on February 4, 2025.

2. Federal Defendant United States removed this case to the United States District Court, District of Nevada on March 24, 2025.

3. The Court granted a prior Stipulation and Order entered into between Plaintiff and the United States making the United States' response to the complaint due April 16, 2025 (ECF No. 9)

4. The parties stipulate and agree that the United States shall have through April 29, 2025, to file its response to the complaint.

5. United States' counsel has had multiple, conflicting deadlines such that she has been unable to coordinate with the parties to discuss the United States' response to the complaint and needs additional time to do so.

Therefore, the parties request that the Court extend the deadline for the United States to respond to Plaintiffs' complaint through April 29, 2025.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 15th day of April, 2025.

THE POWELL LAW FIRM

*/s/ Tom W. Stewart*
TOM W. STEWART
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148

*Attorney for Plaintiffs*

SIGAL CHATTAH
United States Attorney

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for Federal Defendants*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 4/16/2025