
Paul D. Powell (7488)
Tom W. Stewart (14280)
Traysen N. Turner (16017)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
P: 702.728.5500 | F: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON KOTANIEMI, individually and as co-special administrator of the Estate of MARSHA KOTANIEMI; STEVEN KOTANIEMI, individually and as co-special administrator of the Estate of MARSHA KOTANIEMI, <br><br> vs. <br><br> BRIAN C. WARD, MD, an individual in his official capacity; STEPHANIE MARTINEZ, MD, an individual in her official capacity; EMILY TIBBITS, MD, an individual; LISA ANGOTTI, MD, an individual; STATE OF NEVADA ex rel THE BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ex rel The University of Nevada, Las Vegas, a political subdivision; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:25-cv-00540-APG-MDC <br><br> **JOINT STATUS REPORT REGARDING REMOVAL** |

      Plaintiffs Brandon Kotaniemi, individually and as co-special administrator of the Estate of Marsha Kotaniemi, and Steven Kotaniemi, individually and as co-special administrator of the Estate of Marsha Kotaniemi by and through their counsel of record, The Powell Law Firm, and defendants, Emily Tibbits, MD and Lisa Angotti, MD, by and through their counsel of record, the United States Attorneys' Office, and pursuant to the court's March 25, 2025 Minute Order (ECF No. 3), submit the following Joint Status Report Regarding Removed Action.

      **Set forth the status of this action, including a statement of action required to be taken by this Court:**

1. March 24, 2025, the United States of America on behalf of defendants Emily Tibbits, MD and Lisa Angotti, MD removed the instant action (ECF No. 1);

2. April 16, 2025, an order was signed granting a stipulation for extension of time to respond to complaint regarding United States of America on behalf of defendants Emily Tibbits, MD and Lisa Angotti, MD (ECF No. 13) allowing until April 29, 2025 for a response to the lawsuit; and

3. April 23, 2025, plaintiffs filed their Certificate of Interested Parties (ECF No. 14).

No motions are pending at this time, and as such, no action is required to be taken by the Court at this time.

| THE POWELL LAW FIRM | U.S. ATTORNEY'S OFFICE |
|---|---|
| /s/ Tom W. Stewart | /s/ Karissa D. Neff |
| Paul D. Powell (7488) | Sigal Chattah (8264) |
| Tom W. Stewart (14280) | Karissa D. Neff (9133) |
| Traysen N. Turner (16017) | 501 Las Vegas Blvd., South, Suite 1100 |
| 8918 Spanish Ridge Avenue, Suite 100 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89148 | Attorney for Defendants Emily Tibbits, MD; |
| Attorneys for Plaintiffs | Lisa Angotti, MD; the United States |