SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi; Steven Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi, , <br><br> Plaintiffs, <br><br> v. <br><br> Brian C. Ward, MD, an individual in his official capacity; Stephanie Martinez, MD, an individual in her official capacity; Emily Tibbits, MD, an individual; Lisa Angotti, MD an individual; State of Nevada ex rel The Board of Regents of the Nevada System of Higher Education ex rel the University of Nevada, Las Vegas, a political subdivision; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:25-cv-00540-APG-MDC <br><br> **Stipulation and Order for Extension of Time to Respond to Complaint** <br><br> **(THIRD REQUEST)** |

Plaintiffs Brandon Kotaniemi and Steven Kotaniemi, through counsel and the

United States of America, on behalf of federal defendants, Emily Tibbits, MD and Lisa

Angotti, MD ("United States" and/or "Federal Defendants"), hereby stipulate and agree as follows:

1.    Plaintiffs filed their complaint in the Eighth Judicial District Court Clark County, Nevada on February 4, 2025.

2.    Federal Defendants, United States, removed this case to the United States District Court, District of Nevada on March 24, 2025.

3.    Plaintiffs and the United States entered into a stipulation granted by this Court extending the time for Federal Defendants to respond to the complaint through April 16, 2025 (ECF No. 9).

4.    Plaintiff and the United Stated entered into a subsequent stipulation granted by this Court extending the time for Federal Defendants to respond to the complaint through April 29, 2025 (ECF No. 13).

5.    Plaintiff and the United States now stipulate and agree to extend the time for Federal Defendants to respond to the complaint through May 13, 2025.

6.    The extension of time is necessary for the United States' counsel to discuss the procedural posture of the case with opposing counsel to formulate its response, and due to conflicting deadlines, the parties have been unable to coordinate the discussion until May 1, 2025.

Therefore, the parties request that the Court extend the deadline for the United States to respond to Plaintiffs' complaint through May 13, 2025.

///

///

///

///

1    This stipulated request is filed in good faith and not for the purpose of undue delay.

2    Respectfully submitted this 29th day of April 2025.

3

4                                                          SIGAL CHATTAH
                                                          United States Attorney
5
     THE POWELL LAW FIRM
6
     /s/ Tom W. Stewart                          /s/ Karissa D. Neff
7    TOM W. STEWART                              KARISSA D. NEFF
     8918 Spanish Ridge Avenue, Suite 100        Assistant United States Attorney
8    Las Vegas, Nevada 89148
                                                 Attorneys for Federal Defendants
9    Attorney for Plaintiffs

10                                               IT IS SO ORDERED:

11

12                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE
13                                               DATED:  _____

14

15

16

17

18

19

20

21

22

23

24

                                        3