SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi; Steven Kotaniemi, individually and as special co-administrator of the Estate of Marsha Kotaniemi,<br><br>Plaintiffs,<br><br>v.<br><br>Brian C. Ward, MD, an individual in his official capacity; Stephanie Martinez, MD, an individual in her official capacity; Emily Tibbits, MD, an individual; Lisa Angotti, MD an individual; State of Nevada ex rel The Board of Regents of the Nevada System of Higher Education ex rel the University of Nevada, Las Vegas, a political subdivision; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00540-APG-MDC<br><br>**Stipulation and Order for Extension of Time to Respond to Complaint**<br><br>**(FOURTH REQUEST)** |

Federal Defendants, Emily Tibbits, MD, and Lisa Angotti, MD ("Federal Defendants"), and Plaintiffs, through their undersigned counsel, stipulate and agree that Federal Defendants be granted an extension from **May 13, 2025**, to **May 27, 2025**, to file a response to Plaintiff's complaint.

1. Plaintiffs filed their complaint in the Eighth Judicial District Court Clark

County, Nevada on February 4, 2025.

2. Federal Defendants removed this case to the United States District Court, District of Nevada on March 24, 2025.

3. Plaintiffs and Federal Defendants entered into a stipulation granted by this Court extending the time for Federal Defendants to respond to the complaint through April 16, 2025 (ECF No. 9).

4. Plaintiffs and Federal Defendants entered into another stipulation granted by this Court extending the time for Federal Defendants to respond to the complaint through April 29, 2025 (ECF No. 13).

5. Plaintiffs and Federal Defendants entered into a subsequent stipulation granted by this Court extending the time for Federal Defendants to respond to the complaint through May 13, 2025 (ECF No. 17) to allow Plaintiffs and Federal Defendants further time to discuss the procedural posture of the case.

6. Plaintiffs and Federal Defendants now stipulate and agree to extend the time for the United States to respond to Plaintiffs' complaint through May 27, 2025.

7. At the time of filing their initial complaint in the state court action, Plaintiffs were unaware that Federal Defendants were Air Force doctors and federal employees. Plaintiffs have not yet exhausted their administrative remedies under the FTCA. As such, Plaintiffs and Federal Defendants anticipate filing a Stipulation and Order for Dismissal without Prejudice, to enable Plaintiffs to file their FTCA administrative claims. However, the additional time is necessary for Plaintiffs to confer with their counsel prior to doing so.

///

///

///

///

As such, this stipulated request is brought in good faith and not for the purpose of undue delay.

      Respectfully submitted this 13th day of May 2025.

|  |  |
|---|---|
| THE POWELL LAW FIRM | SIGAL CHATTAH<br>United States Attorney |
| */s/ Tom W. Stewart*<br>TOM W. STEWART<br>8918 Spanish Ridge Avenue, Suite 100<br>Las Vegas, Nevada 89148 | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney |
| *Attorney for Plaintiffs* | *Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 5/14/2025

3